IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

FILED
MAR -7 2016
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

| | |
|---|---|
| LINDA CLAY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 15-2276 |
| NEXUS, d/b/a INDIAN OAKS ACADEMY, | ) ) ) |
| Defendant. | ) |

## MOTION TO VOLUNTARILY DISMISS COMPLAINT

NOW COMES the Plaintiff, LINDA CLAY, Pro Se and moving this court to voluntarily dismiss the Complaint with leave to refile complaint within 1 year.

In support of this motion, Plaintiff states as follows:

1. Plaintiff Linda Clay ("Plaintiff") filed a charge with the Equal Employment Opportunity Commission ("EEOC") on May 28, 2015, Charge Number 440-2015-04322 ("Charge"), and received her corresponding Notice of Right to Sue on June 4, 2015.

2. Plaintiff filed a *pro se* form "Complaint for Employment Discrimination" ("Complaint") in the Northern District of Illinois on August 27, 2015. The case was subsequently transferred to the Central District of Illinois on November 16, 2015.

3. Plaintiff has since received additional information that needs to be added or changed in the complaint.

4. Plaintiff is without proper legal representation at this time.

Wherefore, Plaintiff LINDA CLAY prays that this court enter an Order allowing Plaintiff to Voluntarily Dismiss the Complaint with Leave to refile within one (1) year.

Respectfully Submitted,

Linda Clay

Linda Clay, Pro-Se
451 Linda Lane
Lynwood, Illinois 60411
773/499-2789